# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

In re: The Matter of
NICHOLAS J. GEGEN

**ORDER**
Miscellaneous File No. 11-62

_____

**IT IS HEREBY ORDERED** that:

1.      Pursuant to Local Rule 83.6(g)(3), the Court assigns the matter of the petition for reinstatement of Nicholas J. Gegen for hearing before the Honorable Chief Judge Michael J. Davis

2.      Pursuant to Local Rule 83.6(g)(3), the Court refers the matter of the petition for reinstatement of Nicholas J. Gegen to Ms. Lousene M. Hoppe, Esq., of Fredrikson & Byron, P.A., to act as counsel in this matter.  Ms. Hoppe's duties are set forth in Local Rule 83.6(g)(4). Ms. Hoppe shall be reimbursed at her reasonable billing rate of $300.00 per hour for his work in this matter.

Dated:  October 4, 2011

s/ Michael J. Davis_____
Michael J. Davis
Chief Judge
United States District Court